[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-13062
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00609-VMC-CPT-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SILVIO SEGUNDO MICOLTA-SINISTERRA,
a.k.a. Silvio Luna,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 5, 2021)

Before NEWSOM, GRANT and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Silvio Segundo Micolta-Sinisterra in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Micolta-Sinisterra's conviction and sentence are **AFFIRMED**.